United States District Court
Northern District of California

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>CORELOGIC VALUATION SERVICES, LLC, et al.,<br><br>            Defendants. | Case No.: 14-80004-RS (KAW)<br><br>ORDER REGARDING FEBRUARY 24, 2014 JOINT LETTER |

    On January 6, 2014, the Federal Deposit Insurance Corporation, as receiver of Washington Mutual Bank, ("FDIC-R") filed a motion to quash subpoenas issued by the defendants ("Subpoenas"). The Clerk opened a miscellaneous action, and the matter was referred to the undersigned.

    On January 8, 2014, the court ordered the parties to meet and confer regarding the Subpoenas. (Jan. 8, 2014 Order, Dkt. No. 3.) In a February 24, 2014 joint letter, the parties state that they have met and conferred and successfully "resolved all issues between them relating to the production of documents in response to the Subpoenas." (Feb. 24, 2014 Joint Ltr., Dkt. No. 4.) The parties also request that the court issue an order "indicating that no further production of documents in response to the Subpoenas is required and that the FDIC-R's motion to quash is withdrawn with prejudice, with each side to bear its own attorneys' fees and costs." *(Id.)*

///
///
///
///
///
///

Pursuant to that request, the court orders that no further production of documents in response to the Subpoenas is required, the FDIC-R's motion to quash is deemed withdrawn with prejudice, and each side is to bear its own attorneys' fees and costs.

The Clerk shall close this miscellaneous action.

IT IS SO ORDERED.

DATE: February 25, 2014

KANDIS A. WESTMORE
United States Magistrate Judge